# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| LLOYD T. STEPHENS | CIVIL ACTION NO. 08-0857 |
| VERSUS | JUDGE ROBERT G. JAMES |
| 4TH JUDICIAL DISTRICT COURT, ET AL. | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

For the reasons set forth in this Court's Ruling and in the Report and Recommendation [Doc. No. 30], which this Court ADOPTS,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Lloyd T. Stephens' ("Stephens") claims against Defendants Judge Wendell C. Manning, Judge Alvin Sharp, Jr., and the Fourth Judicial District Court are DISMISSED WITHOUT PREJUDICE pursuant to his notice of dismissal [Doc. No. 37] under Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Dismiss [Doc. No. 10] is GRANTED, and Stephens' claims against Defendant Judge Jimmy Dimos are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that Stephens' Motion to Amend Complaint [Doc. No. 37] is DENIED.

The Clerk of Court is instructed to administratively close this matter.

MONROE, LOUISIANA, this 12th day of November, 2008.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE